| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|

| | | 5:20CR02174-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |
| | | **SA:21-CR-00483** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Joe Torres, Jr. | SOUTHERN | LAREDO |

| NAME OF SENTENCING JUDGE |
|---|
| Marina Garcia Marmolejo |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 07-19-2021 | TO 07-18-2023 |
|---|---|---|

| OFFENSE | |
|---|---|
| Conspiracy to Transport an Undocumented Alien within the United States | **FILED** November 04, 2021 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

BY: _____  CD
DEPUTY

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, Laredo Division

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Western District of Texas, San Antonio Division</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 4, 2021
_____
*Date*

_____
Marina Garcia Marmolejo
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION.

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 4, 2021
_____
Effective Date

_____
United States District Judge

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:20-cr-02174-1

Case title: USA v. Torres Jr

Magistrate judge case number: 5:20-mj-02285

Date Filed: 12/15/2020

Date Terminated: 05/26/2021

Assigned to: Judge Marina Garcia
Marmolejo

**Defendant (1)**

**Joe Torres Jr**
*TERMINATED: 05/26/2021*

represented by **Ariana Salinas**
Federal Public Defender
1202 Houston St
Laredo, TX 78040
956-753-5313
Fax: 956-753-5317
Email: ariana_salinas@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

**Federal Public Defender - Laredo**
1202 Houston St
Laredo, TX 78040
956-753-5313
Email: lar_ecf@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

**Pending Counts**

Conspiracy to transport undocumented
aliens w/in the U.S. PENALTY: Not
more than 10 yrs and/or $250,000; $100
CVF; $5000 CVF; Not more than 3 yrs
SRT.
(1)

**Disposition**

8 mos. to serve, 2 yrs. SRT, comply
with all Applicable, Standard and
Mandatory conditions of Supervision,
$100 s/a; no fine; no restitution; the
Court finds deft indigent, and will not
impose the $5,000 s/a, drug aftercare
treatment and while at BOP; submit to
substance abuse, testing, treatment, and
abstinence condition; must participate
in up to 3 drug treatment counseling/test

sessions per month, advised of right to appeal, attorney confer with client and he does not wish to appeal

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**

Transport and attempt to transport undocumented aliens for financial gain. PENALTY: Not more than 10 yrs and/or $250,000; $100 CVF; $5000 CVF; Not more than 3 yrs SRT. (2-3)

Dismissed on Govt's Oral Motion

**Highest Offense Level (Terminated)**

Felony

**Complaints**

**Disposition**

8:1324.F ----BRINGING IN AND HARBORING ALIENS

---

**Material Witness**

**Bulmaro Gonzalez-Roblero**         represented by    **Abundio Rene Cantu**
*TERMINATED: 05/26/2021*                              Attorney At Law
                                                     1318 Juarez Ave.
                                                     P.O. Box 6024
                                                     Laredo, TX 78040
                                                     (956) 753-8400
                                                     Fax: 956-753-8401
                                                     Email: rene_saints@hotmail.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: CJA Appointment*

---

**Material Witness**

**Juset Alexis Gonzales-Avila**        represented by   **Abundio Rene Cantu**
*TERMINATED: 05/26/2021*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: CJA Appointment*

---

11/5/2021

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Courtney Lynn Nix** |
| | | US Attorney's Office |
| | | Laredo Division |
| | | 11204 McPherson Road |
| | | Suite 100A |
| | | Laredo, TX 78045 |
| | | 956-723-6523 |
| | | Email: courtney.nix@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **Financial Litigation** |
| | | U S Attorney's Office |
| | | Southern District of Texas |
| | | 1000 Louisiana St |
| | | Ste 2300 |
| | | Houston, TX 77002 |
| | | 713-567-9000 |
| | | Fax: 713-718-3391 fax |
| | | Email: flu.usatxs-@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2020 | 1 | Proposed COMPLAINT as to Joe Torres Jr (1), filed (Webb). Initial Appearance set for 11/20/2020 at 01:33 PM before Magistrate Judge Christopher dos Santos (dfloresadi, 5) [5:20-mj-02285] (Entered: 11/19/2020) |
| 11/19/2020 | 2 | Statement in Support of Probable Cause by USA as to Joe Torres Jr, filed. (dfloresadi, 5) [5:20-mj-02285] (Entered: 11/19/2020) |
| 11/19/2020 | 3 | Proposed Affidavit for Material Witness(es) Bulmaro Gonzalez-Roblero, Juset Gonzales-Avila as to Joe Torres Jr. Initial Appearance for Material Witness set for 11/20/2020 at 01:33 PM before Magistrate Judge Christopher dos Santos, filed.(dfloresadi, 5) [5:20-mj-02285] (Entered: 11/19/2020) |
| 11/19/2020 | 4 | FINDING OF PROBABLE CAUSE ON STATEMENT on November 19, 2020 at 03:46 PM as to Joe Torres Jr. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (dflores, 5) [5:20-mj-02285] (Entered: 11/19/2020) |
| 11/20/2020 | 5 | COMPLAINT accepted by Magistrate Judge Christopher dos Santos as to Joe Torres Jr, filed. Agent: Benigno Cepeda (avelizadi, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | 6 | ORDER on Material Witness Affidavit. The material witness(es) are committed |

| | | |
|---|---|---|
| | | to the custody of the U.S. Marshal's Service pending a detention hearing. Agent: Benigno Cepeda (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (avelizadi, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | | Attorney update in case as to Joe Torres Jr. Attorney Federal Public Defender - Laredo for Joe Torres Jr added. (avelizadi, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | | Minute Entry for proceedings held before Magistrate Judge Christopher dos Santos. INITIAL APPEARANCE on Complaint as to Joe Torres Jr held on 11/20/2020. Defendant consented to proceeding by video conference. Defendant advised of charge(s) and rights. Defendant requests appointed counsel. Financial Affidavit executed. Order appointing Federal Public Defender. Order of Detention Pending Trial. No bond set. Defendant orally waives preliminary and detention hearing. Court issued oral order regarding prosecutorial obligations under Rule 5(f). Parties appeared by zoom. Appearances: Aaron Robert Petters, AUSA; FPD Ramon Villafranca Jr. (on duty); USPO: Eirazema Salazar, Monica Abrego; USM: Nazario Aguilar. (Opened/Adjourned: 1:53 PM - 1:58 PM) (ERO: Veronica Cantu) (Interpreter: Eduardo Canudas, not used) Defendant remanded to custody. Preliminary Examination & Detention Hearing set for 11/27/2020 at 10:45 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga. (avelizadi, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | 7 | Sealed Financial Affidavit CJA 23 by Joe Torres Jr, filed. (vcaballero, 5). [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | 8 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (avelizadi, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | 9 | BRADY ORDER on Rule 5(f) as to Joe Torres Jr. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (avelizadi, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | 10 | NOTICE OF SETTING as to Joe Torres Jr. Preliminary Examination Hearing set for 11/27/2020 at 10:45 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga. (avelizadi, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | 11 | Order of Temporary Detention Pending Hearing as to Joe Torres Jr. Detention Hearing set for 11/27/2020 at 10:45 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (avelizadi, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | | **Terminate Prelim Detention Hearing as to Joe Torres Jr: Defendant orally waived on 11/20/2020 before the Court. (avelizadi, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | 12 | Order of Detention Pending Trial as to Joe Torres Jr. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (avelizadi, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| | | |

| | | |
|---|---|---|
| 11/20/2020 | | Minute Entry for proceedings held before Magistrate Judge Christopher dos Santos: INITIAL APPEARANCE OF MATERIAL WITNESS Bulmaro Gonzalez-Roblero as to Joe Torres Jr (Material Witness(es) informed of rights) held on 11/20/2020. Material Witness consented to proceeding by video conference. Material Witness advised that no charges are pending and that Material Witness is detained in case. Financial Affidavit executed. Material Witness requests appointed counsel. Private Attorney appointed. Next on list: Abundio Cantu. Order of Detention Pending Trial. Material Witness orally waives detention hearing. Material Witness requested a letter to be sent to consulate of Mexico. Parties appeared by zoom. Appearances: Aaron Robert Petters, AUSA; Abundio Cantu f/Material Witness. (Tape #2:46 PM - 2:52 PM) (ERO: Veronica Cantu) (DUSM: Nazario Aguilar) (Interpreter: Eduardo Canudas/used) (avelizadi2, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | 13 | Sealed Financial Affidavit CJA 23 by Material Witness Bulmaro Gonzalez-Roblero as to Joe Torres Jr, filed. (vcaballero, 5). [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | 14 | ORDER APPOINTING COUNSEL for Material Witness(es): Bulmaro Gonzalez-Roblero. Abundio Cantu appointed. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (avelizadi2, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | 15 | Letter sent to Consulate General of Mexico re Bulmaro Gonzalez-Roblero, Material Witness in case as to Joe Torres Jr, filed. (avelizadi2, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | 16 | ORDER COMMITTING MATERIAL WITNESS Bulmaro Gonzalez-Roblero to the custody of the United States Marshal. Detention Hearing set for 11/27/2020 at 10:46 AM before Magistrate Judge Diana Song Quiroga. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (avelizadi2, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | | **Terminate Detention Hearing as to Joe Torres Jr: Material Witness orally waived on 11/20/2020 before the Court. (avelizadi2, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | 17 | ORDER COMMITTING MATERIAL WITNESS Bulmaro Gonzalez-Roblero to the custody of the United States Marshal. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (avelizadi2, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | | Minute Entry for proceedings held before Magistrate Judge Christopher dos Santos: INITIAL APPEARANCE OF MATERIAL WITNESS Juset Gonzales-Avila as to Joe Torres Jr (Material Witness(es) informed of rights) held on 11/20/2020. Material Witness consented to proceeding by video conference. MW's True Name: Juset Alexis Gonzales-Avila. Further proceedings to be in witness' true name. Material Witness advised that no charges are pending and that Material Witness is detained in case. Financial Affidavit executed. Material Witness requests appointed counsel. Private Attorney appointed. Next on list: Abundio Cantu. Order of Detention Pending Trial. Material Witness orally |

| | | waives detention hearing. Material Witness requested a letter to be sent to consulate of Mexico. Parties appeared by zoom. Appearances: Aaron Robert Petters, AUSA; Abundio Cantu f/Material Witness. (Tape #2:46 PM - 2:52 PM) (ERO: Veronica Cantu) (DUSM: Nazario Aguilar) (Interpreter: Eduardo Canudas/used) (avelizadi2, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
|---|---|---|
| 11/20/2020 | 18 | Sealed Financial Affidavit CJA 23 by Material Witness Juset Gonzales-Avila as to Joe Torres Jr, filed. (vcaballero, 5). [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | 19 | ORDER APPOINTING COUNSEL for Material Witness(es): Juset Gonzales-Avila. Abundio Cantu appointed. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (avelizadi2, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | 20 | Letter sent to Consulate General of Mexico re Juset Gonzales-Avila, Material Witness in case as to Joe Torres Jr, filed. (avelizadi2, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | 21 | ORDER COMMITTING MATERIAL WITNESS Juset Gonzales-Avila to the custody of the United States Marshal. Detention Hearing set for 11/27/2020 at 10:46 AM before Magistrate Judge Diana Song Quiroga. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (avelizadi2, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | | **Terminate Detention Hearing as to Joe Torres Jr: Material Witness orally waived on 11/20/2020 before the Court. (avelizadi2, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | 22 | ORDER COMMITTING MATERIAL WITNESS Juset Gonzales-Avila to the custody of the United States Marshal. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (avelizadi2, 5) [5:20-mj-02285] (Entered: 11/20/2020) |
| 11/20/2020 | | **Terminate Preliminary Hearings as to Joe Torres Jr: Preliminary hearing verbally waived at time of Initial Appearance. (aveliz, 5) [5:20-mj-02285] (Entered: 11/22/2020) |
| 11/20/2020 | 23 | NOTICE OF SETTING as to Joe Torres Jr. Detention Hearing set for 11/27/2020 at 10:45 AM in by video before Magistrate Judge Diana Song Quiroga, filed. (aveliz, 5) [5:20-mj-02285] (Entered: 11/22/2020) |
| 11/22/2020 | | NOTICE OF ATTORNEY APPEARANCE Ariana Salinas, Federal Public Defender, in case as to Joe Torres Jr, filed.(Salinas, Ariana) [5:20-mj-02285] (Entered: 11/22/2020) |
| 11/25/2020 | | US ATTORNEY'S NOTICE OF APPEARANCE. Courtney Lynn Nix appearing for USA, filed.(Nix, Courtney) [5:20-mj-02285] (Entered: 11/25/2020) |
| 11/27/2020 | 24 | Pretrial Services Report (Sealed) as to Joe Torres Jr, filed. (hcortez, 5) [5:20-mj-02285] (Entered: 11/27/2020) |
| 11/27/2020 | | Minute Entry for proceedings held before Magistrate Judge Diana Song Quiroga: DETENTION HEARING as to Joe Torres Jr held on 11/27/2020. |

| | | Defendant consented to proceeding by video conference. Defendant was sworn in. Parties proceeded by proffer. Detention hearing held. Parties are to provide additional information to PO. Court will take matter under advisement and will issue a written order. Appearances: Aaron Robert Petters, AUSA; Ariana Salinas f/Defendant; USPO: Ana Rodriguez/ Cristina Barrera; USM: Deputy Roman. (In Court Time: 12:16-12:21) (ERO: Fernando Villa) (Interpreter: Eduardo Canudas/used) Deft remanded to custody. (cdomadi2, 5) [5:20-mj-02285] (Entered: 11/27/2020) |
|---|---|---|
| 12/06/2020 | 26 | Addendum as to Joe Torres Jr, filed. (hcortez, 5) [5:20-mj-02285] (Entered: 12/08/2020) |
| 12/08/2020 | 25 | Order of Detention Pending Trial as to Joe Torres Jr. (Signed by Magistrate Judge Diana Song Quiroga.) Parties notified. (dflores, 5) [5:20-mj-02285] (Entered: 12/08/2020) |
| 12/15/2020 | 27 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Joe Torres Jr (1) count(s) 1, 2-3, filed. (Attachments: # 1 Unredacted attachment) (CodyArnoldadi, 5) (Entered: 12/16/2020) |
| 12/16/2020 | 28 | SCHEDULING ORDER as to Joe Torres Jr. Arraignment set for 12/22/2020 at 03:15 PM in Courtroom 3C before Magistrate Judge Christopher dos Santos Dispositive Motion Filing due by 1/4/2021. Final Pretrial Conference set for 2/4/2021 at 01:30 PM in Courtroom 2C before Magistrate Judge John A Kazen Notification Regarding Material Witnesses due by 1/4/2021 ( Signed by Judge Marina Garcia Marmolejo) Parties notified. (CodyArnoldadi, 5) (Entered: 12/16/2020) |
| 12/17/2020 | 29 | NOTICE of Resetting as to Joe Torres Jr. Parties notified. Arraignment reset for 12/22/2020 at 10:30 AM in by video before Magistrate Judge Christopher dos Santos, filed. (mxperezadi2, 5) (Entered: 12/17/2020) |
| 12/21/2020 | 30 | WAIVER of Presence at Arraignment and Entry of Plea of Not Guilty (The Arraignment is canceled pending review of the waiver by the Court.), filed. (Salinas, Ariana) (Entered: 12/21/2020) |
| 12/21/2020 | 31 | ORDER accepting 30 Waiver of Presence at Arraignment as to Joe Torres Jr (1).(Signed by Judge Marina Garcia Marmolejo.) Parties notified.(mxperez, 5) (Entered: 12/21/2020) |
| 01/04/2021 | 32 | Unopposed MOTION to Continue Notification Deadline to Court of Intent to Plead and Pre-trial Motions Deadline by Joe Torres Jr, filed. (Attachments: # 1 Proposed Order)(Salinas, Ariana) (Entered: 01/04/2021) |
| 01/04/2021 | 33 | ORDER as to Joe Torres Jr granting 32 Unopposed MOTION to Continue Notification Deadline to Court of Intent to Plead and Pre-trial Motions Deadline (Notification deadline to the Court of Intent to Announce Trial or Enter Guilty Plea and Pretrial Motion Filing due by 1/18/2021.) ( Signed by Judge Marina Garcia Marmolejo) Parties notified. (vcantu, 5) (Entered: 01/04/2021) |
| 01/19/2021 | 34 | PLEA AGREEMENT as to Joe Torres Jr, filed. (Salinas, Ariana) (Entered: |

| | | 01/19/2021) |
|---|---|---|
| 01/19/2021 | 35 | FACTUAL STATEMENT in support of Plea Agreement as to Joe Torres Jr, filed. (Salinas, Ariana) (Entered: 01/19/2021) |
| 01/27/2021 | 36 | NOTICE of Resetting as to Joe Torres Jr. Parties notified. Applicable defendant (s) required to be present at the hearing. Final Pretrial Conference reset for 2/10/2021 at 10:30 AM in by video before Magistrate Judge John A Kazen, filed. (JessicaGRodriguezadi, 5) (Entered: 01/27/2021) |
| 02/08/2021 | 37 | PLEA AGREEMENT as to Joe Torres Jr, filed. (Salinas, Ariana) (Entered: 02/08/2021) |
| 02/08/2021 | 38 | FACTUAL STATEMENT in support of Plea Agreement as to Joe Torres Jr, filed. (Salinas, Ariana) (Entered: 02/08/2021) |
| 02/10/2021 | | RE-ARRAIGNMENT Minute Entry for proceedings held before Magistrate Judge John A Kazen on 2/10/2021 as to Joe Torres Jr : Defendant pled Guilty to Count 1 of the Indictment. Written plea agreement/written factual basis filed. Defense would like for the factual basis to serve as Defendant's Acceptance of Responsibility. Parties affirm that the Material Witnesses are not needed for Sentencing and have no objection for their immediate release. Defendant waives right to be present in Court and consents to proceed with guilty plea by Video Conference and consents to proceed before Magistrate Judge. Court covers all Rule 11 admonishments, including but not limited to an explanation of the charges, applicable penalties, rights, and all waivers. The Court verifies counsel reviewed the Written Plea Agreement (WPA) with the Defendant and further verifies Defendants request for the Court to adopt the WPA without the need for a written signature. Factual basis will serve as AOR for PSR purposes. Deft acknowledges no threats or coercion and understanding of appellate waivers to include right to appeal the conviction, sentence, and right to collateral attacks. Only maintains right to raise ineffective assistance of counsel claim. Court makes a number of special findings due to the national emergency created by the novel corona virus. Standing Order on Procedures for sentencing to follow. Parties have no objection to the release of MWs and to RR. Appeal Waived: Yes. Counsel present for PSI Interview? Yes. Appearances: AUSA Francisco Jose Rodriguez appearing for Courtney Lynn Nix f/USA; AFPD Ariana Salinas f/Defendant. Deft remanded to Custody. (USPO: Nora Estrada) (ERO: Robert Tenorio) (Interpreter: Jorge Valle / Flavia Valle not used) (Time in Court 10:51 - 11:25 a.m.) (JessicaGRodriguezadi, 5) (Entered: 02/10/2021) |
| 02/10/2021 | | **Terminate Deadlines and Hearings as to Joe Torres Jr: (JessicaGRodriguezadi, 5) (Entered: 02/10/2021) |
| 02/10/2021 | 39 | REPORT AND RECOMMENDATION - Guilty Plea as to Joe Torres Jr. Objections to R&R due by 3/1/2021 ( Signed by Magistrate Judge John A Kazen) Parties notified. (mlozano, 5) (Entered: 02/10/2021) |
| 02/10/2021 | 40 | STANDING ORDER ON PROCEDURES FOR SENTENCING BEFORE U.S. DISTRICT JUDGE GARCIA MARMOLEJO as to Joe Torres Jr. PSI Completion due by 3/17/2021 Sentencing set for 5/19/2021 at 10:00 AM before |

| | | |
|---|---|---|
| | | Judge Marina Garcia Marmolejo ( Signed by Judge Marina Garcia Marmolejo) Parties notified. (mlozano, 5) (Entered: 02/10/2021) |
| 02/10/2021 | 41 | ORDER as to Joe Torres Jr adopting 39 Report and Recommendation of the Magistrate Judge. Furthermore, the Court ORDERS that material witnesses Bulmaro Gonzalez-Roblero and Juset Alexis Gonzales-Avila be released by February 10, 2021. (Signed by Judge Marina Garcia Marmolejo) Parties notified. (dmorales, 5) (Entered: 02/10/2021) |
| 02/10/2021 | 42 | RECEIPT of 41 ORDER as to Joe Torres Jr signed by the U.S. Marshal's Service, filed. (dmorales, 5) (Entered: 02/10/2021) |
| 03/08/2021 | 43 | Attorney Only Document (Sealed) as to Joe Torres Jr. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Be sure to **SAVE** the attached documents locally at the time of viewing. (Main Doc: Initial PSR) (ChristinaChavez, 5) (Entered: 03/08/2021) |
| 03/29/2021 | 44 | MOTION for Extension of Time to File Response/Reply *to the Presentence Investigation Report* by Joe Torres Jr, filed. (Attachments: # 1 Proposed Order) (Salinas, Ariana) (Entered: 03/29/2021) |
| 03/30/2021 | 45 | ORDER granting 44 Motion for Extension of Time to File Response/Reply as to Joe Torres Jr (1). The Court hereby Orders the Objections to the Pre Sentence Investigation Report be filed by April 12, 2021. (Signed by Judge Marina Garcia Marmolejo.) Parties notified.(RobertTenorio, 5) (Entered: 03/30/2021) |
| 03/30/2021 | | Set/Reset Deadlines as to Joe Torres Jr: Objection to PSI due by 4/12/2021 (RobertTenorio, 5) (Entered: 03/30/2021) |
| 04/05/2021 | 46 | Final Presentence Investigation Report (Sealed) as to Joe Torres Jr, filed. (ChristinaChavez, 5) (Entered: 04/05/2021) |
| 04/05/2021 | 47 | Sealed Addendum to 46 Final Presentence Investigation Report (Sealed) as to Joe Torres Jr, filed. (ChristinaChavez, 5) (Entered: 04/05/2021) |
| 04/05/2021 | 48 | Confidential Sentencing Recommendation(Sealed) regarding Joe Torres Jr, filed. (ChristinaChavez, 5) (Entered: 04/05/2021) |
| 04/08/2021 | 49 | NOTICE of Resetting as to Joe Torres Jr. Parties notified. Sentencing reset for 4/15/2021 at 09:00 AM in by video before Judge Marina Garcia Marmolejo, filed. (gsalinasadi, 5) (Entered: 04/08/2021) |
| 04/12/2021 | 50 | Revised Presentence Investigation Report (Sealed) as to Joe Torres Jr, filed. (ChristinaChavez, 5) (Entered: 04/12/2021) |
| 04/12/2021 | 51 | Supplemental Sealed Addendum to 50 Final Presentence Investigation Report (Sealed) as to Joe Torres Jr, filed. (ChristinaChavez, 5) (Entered: 04/12/2021) |
| 04/12/2021 | 52 | Revised Confidential Sentencing Recommendation(Sealed) regarding Joe Torres Jr, filed. (ChristinaChavez, 5) (Entered: 04/12/2021) |
| | | |

| 04/12/2021 | 53 | Objection to Presentence Investigation Report (Sealed) by Joe Torres Jr, filed. (Entered: 04/12/2021) |
|---|---|---|
| 04/13/2021 | 54 | 2nd Supplemental Sealed Addendum to 50 Final Presentence Investigation Report (Sealed) as to Joe Torres Jr, filed. (ChristinaChavez, 5) (Entered: 04/13/2021) |
| 04/15/2021 | | Minute Entry for proceedings held before Judge Marina Garcia Marmolejo: HEARING re: Sentence as to Joe Torres Jr held on 4/15/2021. Defendants behavior is not acceptable. Court will reset sentence to bring him in in-person, at a later date. Appearances:Francisco Rodriguez, AUSA, AFPD Ariana Salinas, Attorney of Record, Luz Lopez Garza, USPO, Morgan de la Rosa, DUSM.(ERO:Terry Lozano, 9:06AM-9:13 AM) (Interpreter:not used) Deft remanded to custody at GEO, filed.(atrevino, 5) Modified on 4/15/2021 (atrevino, 5). (Entered: 04/15/2021) |
| 04/22/2021 | 55 | Revised Presentence Investigation Report (Sealed) as to Joe Torres Jr, filed. (ChristinaChavez, 5) (Entered: 04/22/2021) |
| 04/22/2021 | 56 | 3rd Supplemental Sealed Addendum to 55 Final Presentence Investigation Report (Sealed) as to Joe Torres Jr, filed. (ChristinaChavez, 5) (Entered: 04/22/2021) |
| 04/22/2021 | 57 | Revised Confidential Sentencing Recommendation(Sealed) regarding Joe Torres Jr, filed. (ChristinaChavez, 5) (Entered: 04/22/2021) |
| 05/03/2021 | 58 | Objection to Presentence Investigation Report (Sealed) by Joe Torres Jr, filed. (Entered: 05/03/2021) |
| 05/04/2021 | 59 | 4th Supplemental Sealed Addendum to 55 Final Presentence Investigation Report (Sealed) as to Joe Torres Jr, filed. (ChristinaChavez, 5) (Entered: 05/04/2021) |
| 05/04/2021 | 60 | Statement of No Objections to PSR (Sealed) by USA as to Joe Torres Jr, filed. (Entered: 05/04/2021) |
| 05/05/2021 | 61 | NOTICE OF SETTING as to Joe Torres Jr. Sentencing set for 5/12/2021 at 09:00 AM in Courtroom 3B before Judge Marina Garcia Marmolejo, filed. (gsalinas, 5) (Entered: 05/05/2021) |
| 05/05/2021 | 62 | Unopposed MOTION to Continue Sentencing Hearing by Joe Torres Jr, filed. (Attachments: # 1 Proposed Order)(Salinas, Ariana) (Entered: 05/05/2021) |
| 05/05/2021 | 63 | ORDER granting 62 Motion to Continue as to Joe Torres Jr (1).(Signed by Judge Marina Garcia Marmolejo) Parties notified.(gsalinas, 5) (Entered: 05/06/2021) |
| 05/06/2021 | | **Terminate Sentence Hearing as to Joe Torres Jr: Hearing will be set at later date. (gsalinas, 5) (Entered: 05/06/2021) |
| 05/18/2021 | 64 | NOTICE of Resetting as to Joe Torres Jr. Parties notified. Applicable defendant (s) required to be present at the hearing. Sentencing reset for 5/26/2021 at 11:00 AM in Courtroom 3B before Judge Marina Garcia Marmolejo, filed. Hearing to |

| | | be held in-person only for defense attorney and defendant. All other parties may appear virtually. Zoom Meeting information will be sent by email. (gsalinasadi, 5) (Entered: 05/18/2021) |
|---|---|---|
| 05/26/2021 | | Minute Entry for proceedings held before Judge Marina Garcia Marmolejo: Sentencing held on 5/26/2021 for Joe Torres Jr (1), Count(s) 1, Defendant given allocution; PSR adopted, correctly scored; the Court has considered all the 3553(a) factors. Sentenced to 8 mos. to serve, 2 yrs. SRT, comply with all Applicable, Standard and Mandatory conditions of Supervision, $100 s/a; no fine; no restitution; the Court finds deft indigent, and will not impose the $5,000 s/a, drug aftercare treatment and while at BOP; submit to substance abuse, testing, treatment, and abstinence condition; must participate in up to 3 drug treatment counseling sessions/tests per month, advised of right to appeal, if after 1 yr. of SRT deft. is compliant, the Court will consider to terminate SRT early, attorney confer with client and he does not wish to appeal; Count(s) 2-3, Dismissed on Govt's Oral Motion Appearances:Ursula Smith, AUSA, Ariana Salinas f/dft., Daniel Villa, USPO, Adan Camarillo, DUSM.(ERO:Robert Tenorio [11:33-11:50 a.m.]) (Interpreter:not used) Deft remanded to custody, filed.(gsalinas, 5) (Entered: 05/26/2021) |
| 06/01/2021 | 65 | JUDGMENT as to Joe Torres Jr ( Signed by Judge Marina Garcia Marmolejo) Parties notified. (TanyaTrevino, 5) (Entered: 06/02/2021) |
| 06/01/2021 | 66 | Statement of Reasons (Sealed) as to Joe Torres Jr. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at http://www.txs.uscourts.gov/attorney-information - Electronic Access to Sealed Documents. Be sure to SAVE the document locally at the time of viewing, filed. (Entered: 06/02/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/05/2021 07:41:22 | | | |
| PACER Login: | libraryus4502:2653874:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:20-cr-02174 |
| Billable Pages: | 8 | Cost: | 0.80 |
| Exempt flag: | Exempt | Exempt reason: | Always |

**PACER fee: Exempt**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

United States Courts
Southern District of Texas
FILED

DEC 1 5 2020   BM

David J. Bradley, Clerk
Laredo Division

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | § **CRIMINAL NO.** |
| JOE TORRES JR | § |
| | § **L-20-2174** |

MGM

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about **November 17, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOE TORRES JR,**

did knowingly conspire and agree with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(I).

### COUNT TWO

On or about **November 17, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOE TORRES JR,**

knowing and in reckless disregard of the fact that BULMARO GONZALEZ-ROBLERO, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of

transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT THREE

On or about **November 17, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

## JOE TORRES JR,

knowing and in reckless disregard of the fact that JUSET ALEXIS GONZALES-AVILA, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

Courtney Nix
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET L-20-2174

NO. _____

**LAREDO** DIVISION

FILE: 20-12936          MAG#:  20-02285

INDICTMENT          Filed: December 15, 2020

Judge: _____

UNITED STATES OF AMERICA

VS.

**JOE TORRES JR**

ATTORNEYS:

RYAN K. PATRICK, USA
COURTNEY NIX, AUSA

**CHARGES:**

Count 1:          Conspiracy to transport an undocumented alien within the United States
                  [8 USC 1324 (a)(1)(A)(ii) and (v)(I)]

Counts 2-3:       Transport and Attempt to transport an undocumented alien within the United
                  States for financial gain
                  [8 USC 1324(a)(1)(A)(ii)]

**TOTAL COUNTS: 3**

**PENALTY:**

Counts 1 to 3:          0 to 10 years and/or $250,000 Fine, $100 special assessment,
                        $5,000 special assessment, not more than a three (3)-year term of
                        supervised release [Each Count]

In Jail:

On Bond:

Name & Address of Surety:

No Arrest:

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1

United States District Court
Southern District of Texas

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
Holding Session in Laredo

**ENTERED**
June 02, 2021
Nathan Ochsner, Clerk

UNITED STATES OF AMERICA

v.

**JOE TORRES, JR.**

## JUDGMENT IN A CRIMINAL CASE

**CASE NUMBER: 5:20CR02174-001**

**USM NUMBER: 58057-179**

Ariana Salinas, AFPD
Defendant's Attorney

### THE DEFENDANT:

☒ pleaded guilty to count(s) <u>1 on February 10, 2021.</u>

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (v)(I) and 1324(a)(1)(B)(i) | Conspiracy to transport an undocumented alien within the United States | 11/17/2020 | 1 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through <u>6</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) <u>remaining</u> _____ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 26, 2021
Date of Imposition of Judgment

*[signature]*
Signature of Judge

**MARINA GARCIA MARMOLEJO**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

June 1, 2021
Date

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 2 – Imprisonment

Judgment — Page ___2___ of ___6___

DEFENDANT:        **JOE TORRES, JR.**
CASE NUMBER:      **5:20CR02174-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>8 months.</u>
The defendant waived the right to appeal the sentence.

☐    See Additional Imprisonment Terms.

☒    The court makes the following recommendations to the Bureau of Prisons:
      The defendant participates in a drug treatment program.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

      ☐    at _____ on _____

      ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐    before 2 p.m. on _____

      ☐    as notified by the United States Marshal.

      ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)     Judgment in a Criminal Case
                         Sheet 3 – Supervised Release

| | Judgment — Page ___3___ of ___6___ |
|---|---|

DEFENDANT:     **JOE TORRES, JR.**
CASE NUMBER:   **5:20CR02174-001**

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: <u>2 years.</u>
If after 1 year you remain in full compliance with all the terms and conditions of supervision, the Court may consider early termination of supervision.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.
14. If restitution is ordered, the defendant must make restitution as ordered by the Judge and in accordance with the applicable provisions of 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663A and/or 3664. The defendant must also pay the assessment imposed in accordance with 18 U.S.C. § 3013.
15. The defendant must notify the U.S. Probation Office of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3D – Supervised Release
_____

                                                    Judgment — Page ___4___ of ___6___

DEFENDANT:        **JOE TORRES, JR.**
CASE NUMBER:      **5:20CR02174-001**

# SPECIAL CONDITIONS OF SUPERVISION

<u>Substance Abuse Treatment, Testing, and Abstinence</u>
You must participate in an outpatient substance-abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the costs of the program, if financially able. You must participate in up to three (3) drug treatment counseling sessions per month.

You must submit to substance-abuse testing to determine if you have used a prohibited substance, and you must pay the costs of the testing if financially able. You must not attempt to obstruct or tamper with the testing methods. You must submit to up to three (3) substance abuse tests per month.

AO 245B (Rev. 09/19)     Judgment in a Criminal Case
                         Sheet 5 – Criminal Monetary Penalties

Judgment — Page __5__ of __6__

DEFENDANT:    **JOE TORRES, JR.**
CASE NUMBER:  **5:20CR02174-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment**[1] | **JVTA Assessment**[2] |
|--------|----------------|-----------------|----------|------------------------|------------------------|
| **TOTALS** | $100.00     | $0.00           | $0.00    | $0.00                  | $0.00                  |

Based on a finding of indigency, the Court found that the $5,000.00 special assessment listed under 18 U.S.C. § 3014 was not applicable.

☐   See Additional Terms for Criminal Monetary Penalties.

☐   The determination of restitution is deferred until _____.  An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**[3] | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-------------------|-------------------------|-----------------------------|
|                   | $                 | $                       |                             |

☐   See Additional Restitution Payees.

**TOTALS**     $ _____     $ _____

☐   Restitution amount ordered pursuant to plea agreement $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐   the interest requirement is waived for the  ☐ fine  ☐ restitution.

☐   the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

☐   Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

[1]   Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2]   Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
[3]   Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 6 – Schedule of Payments

Judgment — Page <u> 6 </u> of <u> 6 </u>

DEFENDANT:  **JOE TORRES, JR.**
CASE NUMBER:  **5:20CR02174-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☐  Lump sum payment of $\underline{\hspace{2cm}}$ due immediately, balance due

    ☐  not later than $\underline{\hspace{2cm}}$, or

    ☐  in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B  ☒  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C  ☐  Payment in equal $\underline{\hspace{2cm}}$ installments of $\underline{\hspace{2cm}}$ over a period of $\underline{\hspace{2cm}}$,
    to commence $\underline{\hspace{2cm}}$ after the date of this judgment; or

D  ☐  Payment in equal $\underline{\hspace{2cm}}$ installments of $\underline{\hspace{2cm}}$ over a period of $\underline{\hspace{2cm}}$,
    to commence $\underline{\hspace{2cm}}$ after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within $\underline{\hspace{2cm}}$ after release from imprisonment.
    The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:

    Payable to:    Clerk, U.S. District Court
                    1300 Victoria, Ste. 1131
                    Laredo, TX 78040

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**
**(including defendant number)**      **Total Amount**      **Joint and Several Amount**      **Corresponding Payee, if appropriate**

☐  See Additional Defendants and Co-Defendants Held Joint and Several.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.